382 A.2d 747

Commonwealth v. Foster, Appellant.

Submitted March 24, 1977. Hugh C. Clark, for appellant; James C. Long, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 747

Commonwealth v. Franklin, Appellant.

Submitted October 8, 1976. Stephen H. Serota, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.